UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO BARRIGA, an individual; and WENDY BARRIGA, an individual<br><br>Plaintiffs,<br>v.<br><br>10 TANKER AIR CARRIER, LLC; and DOES 1 through 20, Inclusive.<br><br>Defendants. | Case No. 5:19-cv-00453-JAK-SHK<br><br>**ORDER RE STIPULATION RE DISMISSAL OF ENTIRE ACTION (DKT. 27)**<br><br>**JS-6** |

Based on a review of the Stipulation re Dismissal of Entire Action (Dkt. 27) (the "Stipulation"), the Court finds good cause to **GRANT** the Stipulation. Accordingly, the this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

Dated: November 14, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE